UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERNESTO URIBE<br><br>                              Petitioner,<br><br>    vs.<br><br>ELDON VAIL and JEFFREY A. UTTECHT,<br><br>                              Respondents. | NO. CV-11-5055-JLQ<br><br>ORDER TO DISMISS ACTION |

      By Order filed March 30, 2011, the court advised Mr. Uribe, a prisoner at the Coyote Ridge Corrections Center, of the deficiencies of his *pro se* habeas petition filed pursuant to 28 U.S.C. § 2241.  Petitioner is proceeding *in forma pauperis*; Respondents have not been served.

      Specifically, the court directed Mr. Uribe to present his petition on the appropriate § 2254 form, as 28 U.S.C. § 2254 is the exclusive vehicle for a habeas petition by a state prisoner in custody pursuant to a state court judgment. *White v. Lambert*, 370 F.3d 1002, 1009-10 (9th Cir. 2004).  The court cautioned Petitioner that failure to amend would result in denial of the petition.  Mr. Uribe did not comply and has filed nothing further in this action.

      Accordingly, for the reasons set forth above and in the court's previous Order (ECF No. 5) **IT IS ORDERED** the Petition shall be **DISMISSED without prejudice.**

      **IT IS SO ORDERED**.  The District Court Executive is directed to enter this

ORDER TO DISMISS ACTION -- 1

Case 2:11-cv-05055-JLQ    Document 7    Filed 06/08/11

Order, enter judgment of dismissal of the Petition without prejudice, forward a copy to Petitioner, and close the file. The court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).

**DATED** this 8th day of June 2011.

                s/ Justin L. Quackenbush
                JUSTIN L. QUACKENBUSH
                SENIOR UNITED STATES DISTRICT JUDGE

                JUSTIN L. QUACKENBUSH
                SENIOR UNITED STATES DISTRICT JUDGE

ORDER TO DISMISS ACTION -- 2